IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN H. STARKS                                  CASE NO.: 05-04709-EE
                                                       CHAPTER 7

### RULE 3011 LIST OF UNCLAIMED FUNDS
### CLAIMANTS AND AMOUNTS

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| John H. Starks | 101 Day Street<br>Rolling Fork, MS 39159 | $632.03 |

A true and correct copy of the check register reflecting that checks numbered 101 and 102 were issued to the above-named debtor is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

RESPECTFULLY SUBMITTED,

_____
TYLVESTER O. GOSS, TRUSTEE

Tylvester O. Goss
Chapter 7 Trustee
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800
MS. BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United States Mail, postage prepaid or by Notice of Electronic Filing via the e-mail address on file with the Court's CM/ECF system, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following:

> United States Trustee
> 100 W. Capitol Street
> Suite 706
> Jackson, MS 39269
>
> Eugene A. Perrier, Esq.
> P.O. Box 1585
> Vicksburg, MS 39181-1585
>
> John H. Starks
> 101 Day Street
> Rolling Fork, MS 39159

This the 31st day of August, 2007.

TYLVESTER O. GOSS

Printed: 08/31/07 10:32 AM

# Outstanding Checks Report

Trustee: Tylvester O. Goss ( 440030 )

Period End: 08/31/07

Page: 1

| Case # | Account # | Check # | Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|---|
| 05-04709WEE | 312105257666 | 101 | 01/23/07 | | John H. Starks | 623.03 |
| | | 102 | 07/03/07 | | John H. Starks | 9.00 |

Total Number of Outstanding Checks: 2                632.03

EXHIBIT "A"