IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOHN H. STARKS            CASE NO.: 05-04709-EE
                                                            CHAPTER 7

**RULE 3011 LIST OF UNCLAIMED FUNDS
CLAIMANTS AND AMOUNTS**

COMES NOW, Tylvester O. Goss, Trustee, pursuant to Rule 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| John H. Starks | 101 Day Street<br>Rolling Fork, MS 39159 | $1,603.08 |

A true and correct copy of the check register reflecting that check number 107 was issued to the above-named debtor is attached hereto and incorporated herein as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Tylvester O. Goss, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

RESPECTFULLY SUBMITTED,

/s/ Tylvester T. Goss
TYLVESTER O. GOSS, TRUSTEE

Tylvester O. Goss
Chapter 7 Trustee
1441 Lakeover Road
Jackson, MS 39213
(601) 981-2800
MS. BAR NO. 4920

## CERTIFICATE OF SERVICE

I, TYLVESTER O. GOSS, do hereby certify that I have this date served, via United States Mail, postage prepaid or by Notice of Electronic Filing via the e-mail address on file with the Court's CM/ECF system, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts to the following:

        United States Trustee
        100 W. Capitol Street
        Suite 706
        Jackson, MS 39269

        Eugene A. Perrier, Esq.
        P.O. Box 1585
        Vicksburg, MS 39181-1585

This the 22nd day of July, 2008.

                                                        TYLVESTER O. GOSS

Printed: 07/22/08 08:29 AM

# Outstanding Checks Report

Trustee: Tylvester O. Goss ( 440030 )

Period End: 07/22/08

Page: 1

| Case # | Account # | Check # | Issued | Paid / Stopped | Paid to | Amount |
|---|---|---|---|---|---|---|
| 05-04709WEE | 312105257666 | 107 | 04/11/08 | | STARKS, JOHN H. | 1,603.08 |

Total Number of Outstanding Checks: 1                1,603.08



EXHIBIT "A"